UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGAA REALTY LLC,

                    Plaintiff,

        -against-

JP MORGAN CHASE BANK N.A.,

                    Defendant.

24-CV-9387 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Michael Buxbaum, a non-party to this action, signed the complaint purportedly brought by Plaintiff AGAA Realty LLC. By order dated December 16, 2024, the Court directed Buxbaum to notify the Court, within 30 days, whether he intended to proceed with this action in his own name or obtain counsel to represent the interests of Plaintiff AGAA Realty LLC. That order specified that failure to comply would result in dismissal of the complaint.

On January 10, 2025, the Court received notification from the U.S. Postal Service that its December 16, 2024 order was returned as undeliverable. Buxbaum has not updated his address or otherwise communicated with the court. Accordingly, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 22, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge